# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>SAUL RENTERIA,<br><br>              Defendant. | 8:17CR285<br><br>DISMISSAL ORDER |

NOW ON THIS __2__ day of October, 2018, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 64). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave is Court is granted for the United States to dismiss, without prejudice, the Information filed herein as to the Defendant, Saul Renteria.

2. The Information filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Saul Renteria.

BY THE COURT:

_____
SUSAN M. BAZIS
United States Magistrate Judge